**PARKER & COVERT** LLP
17862 EAST SEVENTEENTH STREET
SUITE 204 • EAST BUILDING
TUSTIN, CALIFORNIA 92780
TELEPHONE (714) 573-0900
FACSIMILE (714) 573-0998
jmott@parkercovert.com

JS - 6

Jonathan J. Mott, State Bar No. 118912
Attorneys for Defendant Orange Unified School District

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.E., a minor, by and through her parents B.E., and C.E., <br><br> Plaintiffs, <br><br> v. <br><br> ORANGE UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | CASE NO.  SA CV 07-1253 DOC (Ex) <br><br> JUDGMENT |

    This action came on for hearing before the Court, on September 29, 2008, Honorable David O. Carter, District Judge Presiding, on Defendant's Motion for Summary Judgment.  The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

    IT IS ORDERED AND ADJUDGED that defendant's motion be granted, that the plaintiffs take nothing, that the action be dismissed on the merits and that defendant Orange Unified School District recover its costs, to be determined by the Clerk.

DATED: September 30, 2008

_David O. Carter_
United States District Judge

1

C:\Tmp\Domino Web Access\PROP JDGMT.wpd